## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

EARNEST LEE ANDERSON,

      Petitioner,

v.

STATE OF MINNESOTA,

      Respondent.

Civil No. 08-1102 (DSD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

      The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that this action is summarily **DISMISSED WITHOUT PREJUDICE**.

Dated:  December 17, 2008

      s/David S. Doty
      DAVID S. DOTY
      United States District Judge